| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Anerio V. Altman, Esq. #228445<br>Lake Forest Bankruptcy<br>23151 Moulton Parkway<br>Laguna Hills, CA 92653<br>Phone and Fax: (949) 218-2002<br>avaesq@lakeforestbkoffice.com | |

☐ *Individual appearing without attorney*
☒ *Attorney for:* CHAPTER 7 TRUSTEE

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br>DANIEL JAMES MALDONADO<br><br>Debtor(s). | CASE NO.: 8:20-bk-10313-TA<br>ADVERSARY NO.: 8:20-ap-01172-TA<br>CHAPTER: 7 |
|---|---|
| RICHARD A. MARSHACK, CHAPTER 7 TRUSTEE<br><br>Plaintiff(s).<br>vs.<br>LISA INSERRA<br><br>Defendant(s). | **JOINT STATUS REPORT**<br>**[LBR 7016-1(a)(2)]**<br><br>DATE: 03/04/2021<br>TIME: 10:00 A.M.<br>COURTROOM: 5B<br>ADDRESS: 411 West Fourth Street, Santa Ana, CA 92701 (By Zoom.gov) |

The parties submit the following JOINT STATUS REPORT in accordance with LBR 7016-1(a)(2):

A. **PLEADINGS/SERVICE:**

1. Have all parties been served with the complaint/counterclaim/cross-claim, etc. (Claims Documents)?   ☒ Yes  ☐ No
2. Have all parties filed and served answers to the Claims Documents?   ☒ Yes  ☐ No
3. Have all motions addressed to the Claims Documents been resolved?   ☒ Yes  ☐ No
4. Have counsel met and conferred in compliance with LBR 7026-1?   ☒ Yes  ☐ No

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                      Page 1                                      F 7016-1.STATUS.REPORT

5. If your answer to any of the four preceding questions is anything <u>other</u> than an unqualified "YES," please explain below (*or on attached page*):

B. **READINESS FOR TRIAL:**

1. When will you be ready for trial in this case?

   | Plaintiff | | Defendant |
   |---|---|---|
   | 12/15/2021 | SAME | |

2. If your answer to the above is more than 4 months after the summons issued in this case, give reasons for further delay.

   | Plaintiff | | Defendant |
   |---|---|---|
   | Delay due to the pandemic and anticipated likely completion of discovery during the pandemic. | SAME | |

3. When do you expect to complete <u>your</u> discovery efforts?

   | Plaintiff | | Defendant |
   |---|---|---|
   | November 2021. | SAME | |

4. What additional discovery do you require to prepare for trial?

   | Plaintiff | | Defendant |
   |---|---|---|
   | Deposition (less than 5), all written discovery. | SAME | |

C. **TRIAL TIME:**

1. What is your estimate of the time required to present <u>your side of the case</u> at trial (*including rebuttal stage if applicable*)?

   | Plaintiff | Defendant |
   |---|---|
   | 1.5 Days. | 2 DAYS |

2. How many witnesses do you intend to call at trial (*including opposing parties*)?

   | Plaintiff | Defendant |
   |---|---|
   | Less than 5. | APPROXIMATELY 5-6 |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                    Page 2                                    F 7016-1.STATUS.REPORT

3. How many exhibits do you anticipate using at trial?

| Plaintiff | Defendant |
|---|---|
| Less than 30. | APPROXIMATELY 50 |

D. **PRETRIAL CONFERENCE:**

A pretrial conference is usually conducted between a week to a month before trial, at which time a pretrial order will be signed by the court. [See LBR 7016-1.] If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

| Plaintiff | Defendant |
|---|---|
| Pretrial conference ☒ is ☐ is not requested<br>Reasons: | Pretrial conference ☒ is ☐ is not requested<br>Reasons: |

| Plaintiff | Defendant |
|---|---|
| Pretrial conference should be set <u>after</u>:<br>(*date*) 12/01/2021 | Pretrial conference should be set <u>after</u>:<br>(*date*) _____ |

E. **SETTLEMENT:**

1. What is the status of settlement efforts?

    Parties have begun discussing these issues at the initial 7026 conference.

2. Has this dispute been formally mediated?    ☐ Yes   ☒ No
   If so, when?

3. Do you want this matter sent to mediation at this time?

| Plaintiff | Defendant |
|---|---|
| ☐ Yes ☒ No | ☐ Yes ☒ No |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*　　　　Page 3　　　　**F 7016-1.STATUS.REPORT**

F. **FINAL JUDGMENT/ORDER:**

Any party who contests the bankruptcy court's authority to enter a final judgment and/or order in this adversary proceeding must raise its objection below. Failure to select either box below may be deemed consent.

| Plaintiff | Defendant |
|---|---|
| ☒ I do consent | ☒ I do consent |
| ☐ I do not consent | ☐ I do not consent |
| to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. | to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. |

G. **ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** (*Use additional page if necessary*)

Plaintiff has been apprised that Defense Counsel will observe religious holidays and has agreed to work around and with his schedule as specified in this document.

SEE ATTACHED JEWISH HOLIDAY CALENDAR 2021

Respectfully submitted,

| | |
|---|---|
| Date: 02/22/2021 | Date: 02/08/2021 |
| LAKE FOREST BANKRUPTCY | LAW OFFICE OF BARUCH C. COHEN, APLC |
| Printed name of law firm | Printed name of law firm |
| | |
| /S/ ANERIO V. ALTMAN, ESQ. | /S/ BARUCH C. COHEN, ESQ. |
| Signature | Signature |
| | |
| ANERIO V. ALTMAN, ESQ. | BARUCH C. COHEN, ESQ. |
| Printed name | Printed name |
| | |
| Attorney for: RICHARD A. MARSHACK | Attorney for: DEFENDANT LISA INSERRA |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                    Page 4                    F 7016-1.STATUS.REPORT

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
23151 Moulton Parkway, Laguna Hills, CA 92653

A true and correct copy of the foregoing document entitled: **JOINT STATUS REPORT [LBR 7016-1(a)(2)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 02/22/2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Anerio V Altman    LakeForestBankruptcy@jubileebk.net, lakeforestpacer@gmail.com
Baruch C Cohen    bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com
Richard A Marshack (TR)    pkraus@marshackhays.com, rmarshack@iq7technology.com;ecf.alert
+Marshack@titlexi.com
United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 02/22/2021, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Delivery to the court per the court manual.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| Date | Printed Name | Signature |
|---|---|---|
| 02/22/2021 | ANERIO V. ALTMAN, ESQ. | /s/ ANERIO V. ALTMAN, ESQ. |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

Law Office of
# Baruch C. Cohen, Esq.
A Professional Law Corporation

---

4929 Wilshire Boulevard, Suite 940　　　　　　　　　　　Telephone: (323) 937-4501
Los Angeles, California 90010-3823　　　　　　　　　　　Facsimile: (888) 316-6107
Email: baruchcohen@baruchcohenesq.com　　　　　　　　　　bcc4929@gmail.com

February 8, 2021

To Whom it My Concern:

I am an Orthodox Jew, and I observe the Sabbath and all Jewish Holidays. I attended the Rabbinical Seminary of America and was ordained by Yeshiva Torah VeChesed. I have an illustrious family history of Rabbis (son after son) spanning a period of over 500 years, thereafter tracing my family's rabbinic roots to as early as 1070.

Jews have many Jewish Holidays, and a brief description of them follows below.

The Sabbath (also known as "*Shabbos*" is the centerpiece of Jewish life, and has been so since the infancy of our nation. According to the Talmud, Shabbos is equal to all the other commandments. Shabbos is so central to Jewish life that the term "*Shomer Shabbos*" (Sabbath observer) is synonymous with "religious Jew" in common parlance. It is marked by the lighting of Sabbath candles approximately 18 minutes before sunset, however I stop working on Fridays and on the eve of the major Jewish holidays at least 2 hours beforehand.

Since Biblical times the months and years of the Jewish calendar have been established by the cycles of the moon and the sun. The Jewish calendar date begins at sundown of the night beforehand. Thus all major holiday observances begin the night before, as listed below. The exception to this rule is most fast days, which begin at dawn of the date listed (aside for Tisha b'Av and Yom Kippur which also begin the night before). Jewish calendar dates conclude at nightfall.

As a trial attorney, calendaring my observance of major Jewish Holidays is of great importance, and I inform the Courts and opposing counsel of these dates - in advance - so that matters are not scheduled on major Jewish Holidays where work is prohibited by Halacha (Jewish Law). As there is a distinction between major and minor Jewish Holidays (ie., when work is prohibited and when work is permitted), I wish to only mark my unavailability of the major Jewish Holidays.

The **major** Jewish holidays (when work is prohibited) in order from the start of the Hebrew calendar are: *Rosh Hashanah, Yom Kippur, Sukkos, Shemini Atzeres, Simchas Torah, Pesach (Passover), Shavuos, & Tisha B'Av.*

1.　　**Rosh Hashanah**: The Jewish New Year. It is the anniversary of the creation of Adam and Eve, and a day of judgment and coronation of God as king (no work permitted).

2.　　**Yom Kippur**: The holiest day of the year—the day on which we are closest to G-d and to the quintessence of our own souls. It is the Day of Atonement (no work permitted).

Page 1 of 7

3. **Sukkos**: Commemorating God's sheltering our ancestors as they traveled from Egypt to the Promised Land (no work permitted).

4. **Shemini Atzeres & Simchas Torah**: Simchas Torah celebrates the end and start of the Torah reading cycle. It's combined with Shemini Atzeret for a single day of commemoration in Israel (no work permitted).

5. **Pesach**: Celebrates the deliverance of the Jewish people from slavery in Egypt (no work permitted).

6. **Shavuos**: Marks the giving of the Torah on Mt. Sinai. The Ten Commandments are read in synagogues (no work permitted).

7. **Tisha B'Av**: Commemorates the destruction of the First and Second Temples in Jerusalem. According to tradition, both the were destroyed on this date in 587 BCE and 70 CE (work should be avoided if at all possible).

The **minor** Jewish holidays (when work is permitted) in order from the start of the Hebrew calendar are:

1. **Tu BeShevat**: Celebrates the day that marks the beginning of a "new year" for trees (work permitted).

2. **Chanukah**: Commemorates the rededication of the Temple in Jerusalem after a group of Jewish warriors defeated the occupying mighty Greek armies (work permitted, except Shabbos).

3. **Purim**: Celebrates the deliverance of the Jewish people from the wicked Haman in the days of Queen Esther of Persia (work should be avoided if at all possible).

4. **Pesach Sheni**: Celebrates the day prescribed for bringing the Passover sacrtifice in the Temple (work permitted).

5. **Lag B'Omer**: Celebrates the anniversary of the passing of the great sage and mystic Rabbi Shimon bar Yochai, author of the Zohar. It also commemorates the end of a plague that raged amongst the disciples (work permitted).

There are other days in a year when observant Jews fast. Two "Major Fasts" call for a fast from sundown on the day before to sundown on the day itself, and four "Minor Fasts" call for a fast from sunrise to sundown. The Major Fasts are: Tisha b'Av & Yom Kippur (described above). The Minor Fasts are: *Ta'anis Esther, Taanis Bechorim, Tzom Gedaliah, Asara b'Teves, & The Seventeenth of Tammuz.*

1. **Ta'anis Esther**: Commemorates the Jews being saved from destruction at the hands of the Persian official, Haman, by the heroic efforts of Queen Esther (work permitted).

2. **Taanis Bechorim**: Commemorates the 10th plague when all the first-born sons of the Egyptians were killed while the Israelites were saved (work permitted).

3. **Tzom Gedaliah**: Commemorates the date that Gedaliah ben Achikam, the Babylonian-appointed Jewish governor of Judah, was killed by other Jews (work

permitted).

4. **Asara b'Teves**: Commemorates the date that in the year 3336 from Creation (425 BCE), the armies of the Babylonian emperor Nebuchadnezzar laid siege to Jerusalem (work permitted).

5. **The Seventeenth of Tammuz**: Commemorates the day the Romans breached the walls around Jerusalem, which led to the destruction three weeks later of the Second Temple in 70 C.E (work permitted).

Various minor holidays have been added by the State of Israel to commemorate important events related to the Holocaust and the State of Israel. Some of the most important non-religious holidays in Israel include: *Yom HaShoah* (Holocaust Memorial Day), *Yom HaZikaron* (Israeli Memorial Day), *Yom HaAtzmaut* (Israeli Independence Day), *Yom Yerushalayim* (Jerusalem Day), *Yom HaAliyah* (Aliyah Day). Since these dates are not mandated by Halacha, work is not prohibited.

I am also a bereaved parent, as our oldest daughter Hindy died from pediatric cancer at the tender age of 17 ½, after a 2½ illness from Ewing's Sarcoma. I mark her *Yahrtzeit* (anniversary of her death) on the Jewish calendar as a personal day of tragedy, where I fast and go the cemetery. While work is not forbidden on a Yahrtzeit, I try my best to not schedule any matters on that day.

If you have any questions or comments regarding the above, please do not hesitate to call.

Respectfully,

*Baruch Cohen*

BARUCH C. COHEN
D:\DATA\DOCS\4929\BCC'S OBSERVANCE OF JEWISH HOLIDAYS 2021-2021.wpd
2/8-9:50am

| BCC'S OBSERVANCE OF JEWISH HOLIDAYS 2021 | | |
|---|---|---|
| DATE | MAJOR HOLIDAY - WORK FORBIDDEN | MINOR HOLIDAY - WORK PERMITTED |
| Saturday February 13, 2021 | | Daughter Hindy's Yahrtzeit |
| Thursday February 25, 2021 | | Ta'anis Esther (Fast Day) |
| Begins sunset of Thursday, February 25, 2021, and ends nightfall of Friday, February 26, 2021 | | Purim |
| Friday March 26, 2021 | | Taanis Bechorim (Fast Day) |
| Begins sunset of Saturday, March 27, 2021, and ends nightfall of Sunday, April 4, 2021 | **Pesach (Passover)** | |
| Monday, April 26, 2021 | | Pesach Sheni |
| Friday, April 30, 2021 | | Lag B'Omer |
| Begins sunset of Sunday, May 16, 2021, and ends nightfall of Tuesday, May 18, 2021 | **Shavuous** | |
| Sunday June 27, 2021 | | Fast of the 17th of Tammuz (Fast Day) |
| Sunday, June 27, 2021 through Sunday, July 18, 2021 | | The Three Weeks |
| Begins sunset of Saturday July 17, 2021 and ends nightfall of Sunday July 18, 2021 | | Fast of Tish'a B'Av (Fast Day) |
| Begins sunset of Monday, September 6, 2021, and ends nightfall of Wednesday, September 8, 2021 | **Rosh Hashanah** | |
| Thursday September 9, 2021 | | Tzom Gedallyah (Fast Day) |
| Begins sunset of Wednesday, September 15, 2021, and ends nightfall of Thursday, September 16, 2021 | **Yom Kippur** | |

| | | |
|---|---|---|
| Begins sunset of Monday, September 20, 2021, and ends nightfall of Monday, September 27, 2021 | **Sukkos** | |
| Begins sunset of Monday, September 27, 2021, and ends nightfall of Wednesday, September 29, 2021 | **Shemini Atzeres & Simchas Torah** | |
| Begins sunset of Sunday, November 28, 2021, and ends nightfall of Monday, December 6, 2021 | | Chanukah |
| Begins sunrise of Tuesday, December 14, 2021, and ends nightfall of Tuesday, December 14, 2021 | | Fast of Tevet (Fast Day) |
| | | |

| BCC'S OBSERVANCE OF JEWISH HOLIDAYS 2022 | | |
|---|---|---|
| DATE | MAJOR HOLIDAY - WORK FORBIDDEN | MINOR HOLIDAY - WORK PERMITTED |
| Monday, January 17, 2022 | | Tu BeShevat |
| Friday, March 4, 2022 | | Daughter Hindy's Yahrtzeit |
| Wednesday, March 16, 2022 | | Ta'anis Esther (Fast Day) |
| Begins sunset of Wednesday, March 16, 2022, Ends nightfall of Thursday, March 17, 2022 | | Purim |
| Thursday, April 14, 2022 | | Taanis Bechorim (Fast Day) |
| Begins sunset of Friday, April 15, 2022, Ends nightfall of Saturday, April 23, 2022 | **Pesach (Passover)** | |
| Sunday, May 15, 2022 | | Pesach Sheni |
| Thursday, May 19, 2022 | | Lag B'Omer |
| Begins sunset of Saturday, June 4, 2022, Ends nightfall of Monday, June 6, 2022 | **Shavuous** | |
| Friday, July 15, 2022 | | Fast of the 17th of Tammuz (Fast Day) |
| Saturday, July 16, 2022 through Sunday, August 7, 2022 | | The Three Weeks |
| Begins sunset of Saturday August 6, 2022, Ends nightfall of Sunday August 7, 2022 | | Fast of Tish'a B'Av (Fast Day) |
| Begins sunset of Sunday, September 25, 2022, Ends nightfall of Tuesday, September 27, 2022 | **Rosh Hashanah** | |
| Wednesday, September 28, 2022 | | Tzom Gedallyah (Fast Day) |
| Begins sunset of Tuesday, October 4, 2022, Ends nightfall of Wednesday, October 5, 2022 | **Yom Kippur** | |

| Begins sunset of Sunday, October 9, 2022, Ends nightfall of Sunday, October 16, 2022 | **Sukkos** | |
|---|---|---|
| Begins sunset of Sunday, October 16, 2022, Ends nightfall of Tuesday, October 18, 2022 | **Shemini Atzeres & Simchas Torah** | |
| Begins sunset of Sunday, December 18, 2022, Ends nightfall of Monday, December 26, 2022 | | Chanukah |
| | | |