Anerio V. Altman 228445
Lake Forest Bankruptcy II, APC
23151 Moulton Parkway, Suite 131
Laguna Hills, CA 92653
Phone and Fax: (949) 218-2002
avaesq@lakeforestbkoffice.com

Attorney for Plaintiff.

**FILED & ENTERED**

OCT 27 2021

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY deramus  DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re: | Adv. Case No.: 8:20-ap-01172-TA |
| Daniel James Maldonado | Bankruptcy Case No.: 8:20-bk-10313-TA |
| Debtor. | Chapter: 7 |
| Richard A. Marshack, Chapter 7 Trustee, | **ORDER GRANTING REQUEST TO CONTINUE DISCOVERY DEADLINES AND PRE-TRIAL CONFERENCE** |
| Plaintiff, | |
| vs. | **JUDGE**<br>Honorable Theodor Albert |
| Lisa Inserra, an individual, | **DISCOVERY CUTOFF**<br>November 21, 2021 |
| Defendant. | **PRE-TRIAL CONFERENCE**<br>Date: December 9, 2021<br>Time: 10:00 a.m.<br>Place: 5B |

///

///

1

Order Granting Request to Continue Discovery Deadline and Pre-Trial Conference

On October 27, 2021, PLAINTIFF CHAPTER 7 TRUSTEE RICHARD A. MARSHACK and DEFENDANT LISA INSERRA filed a stipulated request to continue the discovery deadlines and pre-trial conference.

Based upon that request, and good cause shown,

IT IS ORDERED:

1. The Pre-Trial Conference set for December 9, 2021, is ~~vacated~~ *continued to April 7, 2022 at 10:00 a.m.*

2. ~~A Pre-Trial Conference is set for April 7, 2022 at 10:00 am in this court~~

3. The Discovery Cutoff is continued to February 21, 2022;

4. The Pre-Trial Motion Deadline is continued to March 1, 2022; and

5. All deadlines associated with the Pre-Trial Conference be continued to reflect the new hearing date.

###

Date: October 27, 2021

Theodor C. Albert
United States Bankruptcy Judge